1 | JUSTIN M. PENN (SBN: 302350)
jpenn@hinshawlaw.com
2 | HINSHAW & CULBERTSON LLP
222 N. LaSalle, Suite 300
3 | Telephone:   312-704-3000
Facsimile:    312-704-3001
4 |
5 | Attorneys for Defendant
LOANDEPOT.COM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| YVONNE FORTE-HOLMES, | Case No.: **5:17-cv-04075-HRL** |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT LOANDEPOT.COM, LLC TO FILE IT'S RESPONSIVE PLEADING; [PROPOSED] ORDER** |
| vs. | |
| LOANDEPOT.COM, LLC, and DOES 1 through 100 inclusive, | |
| Defendants. | Date:  October 17, 2017<br>Time:  1:30 p.m.<br>Judge:  Howard R. Lloyd<br>Courtroom:  2, 5th Floor<br>Location:  280 South First Street<br>San Jose, CA |
| | Complaint Filed:  July 19, 2017 |

WHEREAS defendant LOANDEPOT.COM, LLC ("defendant") was served on August 4, 2017 and its responsive pleading is currently due to be filed on or before August 25, 2017;

WHEREAS, counsel for defendant was recently retained, needs additional time to review and investigate the claims and potential defenses, and has a personal trip out of the country planned for September 13, 2017 to September 24, 2017;

WHEREAS, the attorneys for plaintiff and defendant have agreed to a mutually agreeable stipulated enlargement of time for defendant to file its responsive pleading of September 27, 2017;

NOW therefore, the parties by and through their respective counsel of record, hereby stipulate that defendant shall have an enlargement of time to September 27, 2017 in which to file a responsive pleading to the complaint.

There have been no previous extensions of time for defendant to respond to plaintiff's complaint. The extension of time will not alter the date of any other event or deadline already fixed by Court order or Local Rule in the schedule for the case.

The parties respectfully submit this Stipulation to the Court pursuant to Local Rules 6-2(a) and 7-12.

IT IS SO STIPULATED

Dated: August 24, 2017            HINSHAW & CULBERTSON LLP


                                  /s/*Justin M. Penn*
                                  Attorneys for Defendant LoanDepot.com, LLC

| | | |
|---|---|---|
| 1 | Dated: August 24, 2017 | SAGARIA LAW, PC |
| 2 | | |
| 3 | | */s/Scott Johnson*<br>Attorneys for Plaintiff Yvonne Forte-Holmes |
| 4 | | |
| 5 | | |
| 6 | | ORDER |
| 7 | | |
| 8 | | |
| 9 | PURSUANT TO STIPULATION,<br>IT IS SO ORDERED | |
| 10 | | _____<br>~~JUDGE OF THE DISTRICT COURT~~ |
| 11 | | Magistrate Judge Howard R. Lloyd<br>8/25/2017 |